DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NIKIA DIANE KILLENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2854

_____

November 5, 2025

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone,
Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LaROSE and SLEET, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.